In the Matter of the Accounting of ELIZABETH A. NAUL, as Administratrix of the Estate of ROBERT J. POWER, Deceased.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant; MARGARET HENRY et al., Respondents.

*Matter of Naul,* 172 App. Div. 965, affirmed.
(Argued October 5, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 28, 1916, which affirmed a decree of the Suffolk County Surrogate's Court adjudging the respondents herein to be the sole heirs at law and next of kin of Robert J. Power, deceased. The sole issue presented by this appeal is the sufficiency of the proof of relationship between the decedent and the claimants, respondents; and whether the finding of fact declaring that relationship is supported by the evidence.

*Egburt E. Woodbury, Attorney-General (Robert P. Beyer* and *Leonard J. Obermeier* of counsel), for appellant.

*John J. Dwyer* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.